1488

**96–116.** State v. Reyna. *Franklin County,* No. 95APC06–706. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 95–1377 and 95–1466, *supra;* briefing schedule stayed.

**96–764.** Holt v. Grange Mut. Cas. Co. *Butler County,* No. CA95–11–192. Discretionary appeal allowed; *sua sponte,* cause consolidated with 96–852, *supra.*

RESNICK and F.E. SWEENEY, JJ., dissent.